# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O'DONNELL,<br><br>        Plaintiff,<br>  v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company, AND DOES 1 through 10,<br><br>        Defendants. | Case No.: 8:18-cv-873-CJC (RAOx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Assigned for All Purposes To:<br><br>Judge: Cormac J. Carney<br>Ctrm: 9B<br><br>**[Discovery Matter: Referred to Magistrate Judge Rozella A. Oliver]** |

The Court having considered Plaintiff James O'Donnell's and Defendant Lowe's Home Centers, LLC's Joint Stipulation for Dismissal with Prejudice of all Claims Brought by Plaintiff, hereby ORDERS the case dismissed with prejudice, effective June 28, 2019.

All hearings on calendar, if any, are hereby vacated.

IT IS SO ORDERED.

DATED: June 28, 2019

_____
Hon. Cormac J. Carney
Judge of the United States District Court

1

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**